# Court of Appeals
# of the State of Georgia

ATLANTA, June 17, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2203. CHAZ M. DOBBS v. THE STATE.**

On January 22, 2026, the trial court entered an order denying Chaz M. Dobbs's motion for an out-of-time appeal. On March 20, 2026, Dobbs filed a notice of appeal. We, however, lack jurisdiction.

Pretermitting whether Dobbs had a right of appeal here, this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Dobbs filed his notice of appeal 57 days after entry of the order he wishes to appeal. Therefore, the appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/17/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*